Argued and submitted May 2, reversed and remanded May 24, 1995

In the Matter of Fiseha Kidane,
Alleged to be a Mentally Ill Person.
STATE OF OREGON,
*Respondent,*

*v.*

FISEHA KIDANE,
*Appellant.*

(9407-96710; CA A85223)

895 P2d 816

Laura Graser argued the cause and filed the brief for appellant.

Pamela G. Wood, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Armstrong, Judges.

PER CURIAM

Reversed and remanded. *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).